IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MATTHEW J. ROBERTS,
    Petitioner,

vs.                                                    Case No.: 3:13cv231/RV/EMT

STEPHANIE PACE,
    Respondent.
_____/

## REPORT AND RECOMMENDATION

        This cause is before the court upon referral from the clerk. Petitioner commenced this action by filing a petition for writ of habeas corpus (doc. 1). On April 22, 2013, Petitioner was given thirty (30) days in which to file an amended petition on the court-approved form (doc. 3). Petitioner failed to comply with the order of the court; therefore, on May 29, 2013, the court issued an order requiring Petitioner to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (doc. 6). The time for compliance with the show cause order has now elapsed with no response from Petitioner.

        Accordingly, it is respectfully **RECOMMENDED**:

        That this case be **DISMISSED WITHOUT PREJUDICE** for Petitioner's failure to comply with an order of the court.

        At Pensacola, Florida, this 1st day of July 2013.

                                        /s/ *Elizabeth M. Timothy*
                                        **ELIZABETH M. TIMOTHY**
                                        **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**